PENN-OHIO STEEL CORPORATION et al., Respondents-Appellants, v. ALLIS-CHALMERS MANUFACTURING COMPANY, Appellant-Respondent.

Concur — Stevens, J. P., Steuer, Tilzer, McNally and McGivern, JJ.